**Sergio Romero ZATARAIN; Susana Pena Rodriguez, Petitioners,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 06–70585.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 1, 2009.

Christopher J. Stender, Esq., Stender & Pope, PC, Phoenix, AZ, for Petitioners.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Sergio Romero Zatarain and Susana Pena Rodriguez, spouses and natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

dismissing their appeal from an immigration judge's ("IJ") decision denying their motion for a continuance. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion the denial of a motion for a continuance, *Baires v. INS,* 856 F.2d 89, 91 (9th Cir.1988), we deny the petition for review.

The IJ did not abuse his discretion in denying petitioners' motion for a continuance where the hearing had been scheduled over a year in advance and petitioners' counsel requested a continuance on account of a scheduling conflict one week before the hearing. *See* 8 C.F.R. § 1003.29 (IJ has authority to grant a continuance upon a showing of good cause); *Baires,* 856 F.2d at 91.

**PETITION FOR REVIEW DENIED.**